UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:09-CR-183 |
| v. | : | (JUDGE MARIANI) |
| GEORGE E. JONES,<br>            Defendant. | : | |

## ORDER

**AND NOW, THIS 27TH DAY OF JULY 2020**, upon consideration of Defendant George E. Jones' motion for relief under the First Step Act (Doc. 126) and all accompanying briefs and for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion is **DENIED**.

Robert D. Mariani
United States District Judge